### 15590.   CRIDER v. MATTHEWS.

BROYLES, C. J.   Under all the particular facts of the case as disclosed by the record, the verdict was authorized by the evidence; and there is no substantial merit in the special grounds of the motion for a new trial. The overruling of the motion was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Lien foreclosure; from Fulton superior court—Judge E. D. Thomas.   February 19, 1924.

*J. V. Poole, B. H. Sullivan,* for plaintiff in error.

*Etheridge, Sams & Etheridge,* contra.